**UNITED STATES DISTRICT COURT**
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4225

Chambers of
**Hon, Victoria Reznik**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed:  July 28, 2023
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,
                Plaintiff                      **SCHEDULING ORDER**

     -against-                                   7:22-mj-04691

Tong Hyun Suh,

                Defendant.
-----------------------------------------------------------X

TO ALL PARTIES:
The Court has scheduled a change of counsel hearing for 7/31/2023 at 11:30 am before Magistrate Judge Victoria Reznik. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Dated:  7/28/2023
         White Plains, New York

                                                SO ORDERED:

                                                s/      VR
                                                _____

                                                VICTORIA REZNIK
                                                United States Magistrate Judge